# Exhibit C

5/23/25, 1:46 PM                                           Case Details - Massachusetts Trial Court N2

## 2584CV01379 Hinesley, Andrew Wayne vs. Gray Television, Inc. d/b/a Hawaii New Now

- Case Type:
- Torts
- Case Status:
- Open
- File Date
- 05/21/2025
- DCM Track:
- A - Average
- Initiating Action:
- Defamation
- Status Date:
- 05/21/2025
- Case Judge:
- 
- Next Event:
- 05/27/2025

| All Information | Party | Event | Tickler | Docket | Disposition |

### Docket Information

| Docket Date | Docket Text | File Ref Nbr. | Image Avail. |
|---|---|---|---|
| 05/21/2025 | Complaint electronically filed. | 1 | Image |
| 05/21/2025 | Civil action cover sheet filed. | 2 | Image |
| 05/21/2025 | Plaintiff Andrew Wayne Hinesley's Motion for | 3 | Image |
| 05/21/2025 | Case assigned to: DCM Track A - Average was added on 05/21/2025 | | |
| 05/21/2025 | Endorsement on Complaint<br><br>Summons and order no notice issued ret'ble May 27 2025 @2pm in Rm 1006 Summons & order of notice issued<br><br>Judge: Wall, Hon. Joshua | | |
| 05/21/2025 | Andrew Wayne Hinesley's MOTION to file under seal . | 4 | Image |
| 05/21/2025 | Plaintiff Andrew Wayne Hinesley's EX PARTE Motion for leave to permit alternative service | 5 | Image |
| 05/22/2025 | Plaintiff Andrew Wayne Hinesley's Motion for leave to file alternative service | 6 | Image |
| 05/22/2025 | Proposed Filings/Orders | 7 | Image |
| 05/22/2025 | Endorsement on Motion for Alternative Service (#6.0): ALLOWED (Dated: 5/22/25)<br><br>Notice Sent 5/22/25 | | Image |
| 05/22/2025 | Notice Of Filing | 8 | Image |
| 05/22/2025 | Affidavit Of Alternative Service | 9 | Image |
| 05/22/2025 | Exhibits/Appendix | 10 | Image |
| 05/23/2025 | Amended: amended complaint filed by Andrew Wayne Hinesley | 11 | Image |

Case Details - Massachusetts Trial Court N2