IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ANDREW HINESLEY,<br><br>       Plaintiff,<br><br>  v.<br><br>GRAY TELEVISION, INC., d/b/a HAWAII NEWS NOW,<br><br>       Defendant. | No. 1:25-cv-11488-IT |

## JOINT NOTICE OF SETTLEMENT IN PRINCIPLE

  Plaintiff Andrew Hinesley, proceeding *pro se*, and Defendant Gray Media, Inc., d/b/a Gray Television, by and through its undersigned counsel (together, the "Parties"), jointly submit this Notice of reaching a settlement in principle. The Parties are still finalizing the settlement agreement and respectfully request that the Court stay all deadlines in this case for thirty days to allow them to finalize the agreement and file the appropriate dismissal paperwork.

  Respectfully submitted, this 27th day of May 2025.

                        BALLARD SPAHR LLP

| | |
|---|---|
| /s/ *Andrew Hinesley* | /s/ *James V. Masella* |
| Andrew Hinesley (*Pro se*) | James V. Masella, III (BBO No. 562882) |
| 371 N. Shore Road | 1675 Broadway, 19th Floor |
| Revere, MA 02151 | New York, NY |
| Andrew.hinesley@icloud.com | massellaj@ballardspahr.com |
| | schellj@ballardspahr.com |
| | duddings@ballardspahr.com |
| | |
| | *Counsel for Defendant Gray Media, Inc.* |

2

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 27th day of May, 2025, I caused a true and correct copy of the foregoing to be served by U.S. mail and email on the following:

Andrew Hinesley
371 N. Shore Road
Revere, MA 02151
808-773-4074
Andrew.hinesley@icloud.com

                                                               */s/ James V. Masella, III*
                                                               James V. Masella, III