UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

FILED
IN CLERKS OFFICE
2025 JUN 12 AM 10: 32
U.S. DISTRICT COURT
DISTRICT OF MASS.

| PLAINTIFF(S) | CASE NUMBER |
|---|---|
| v. | 1:25-CV-11488 |
| DEFENDANT(S) | MOTION FOR PERMISSION FOR ELECTRONIC FILING |

As the ☑ Plaintiff ☐ Defendant, in the above-captioned matter, I respectfully ask the Court for permission to participate in electronic filing ("e-filing") in this case. I hereby affirm that:

1. I have reviewed Local Rule 83.5.5(d) and the e-filing instructions on the Court's website: https://www.mad.uscourts.gov/caseinfo/cmecf-general.htm.

2. I understand that once I register for e-filing, I will receive notices and documents only by e-mail and not by U.S. mail.

3. I understand that if my use of the Court's e-filing system is unsatisfactory, my e-filing privileges may be revoked, and I will be required to file documents in paper but will continue to receive documents via e-mail.

4. I understand that I may not e-file on behalf of any other person in this or any other case, and e-filing is allowed in this case only.

5. I understand that I must regularly review my email for notices of activity in my case.

6. I understand that court staff are not permitted to provide legal advice, interpret orders, or advise as to the timing of the issuance of orders.

7. I affirm that I have regular access to the equipment necessary to e-file successfully.

8. I understand that PDF format is the only electronic format in which documents can be e-filed.

Name: Andrew Hinesley
Address: 371 N Shore Rd Revere MA 02151
Phone No.: 808 773 4074
Email Address: andrew.hinesley@icloud.com

Date: 6/12/2025    Signature: _____