**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| ANDREW HINESLEY,<br>　　　　　　　Plaintiff,<br>　　　v.<br><br>GRAY TELEVISION, INC., d/b/a HAWAII NEWS NOW,<br><br>　　　　　　　Defendant. | No. 1:25-cv-11488-IT |

## PLAINTIFF UNILATERAL NOTICE PURSUANT TO DKT. 22

Pursuant to the Court's June 9, 2025 Order (Dkt. 22), Plaintiff Andrew Hinesley submits this unilateral notice regarding the provisionally sealed documents (Dkts. 1-1, 1-2, and Emergency Motion 2).

The parties have not agreed on a joint position. Plaintiff maintains that good cause exists for continued sealing.

Respectfully submitted, this 13th day of June 2025.

　　　　　　　　　　　　　　　　　　　　/s/*Andrew Hinesley*
　　　　　　　　　　　　　　　　　　　　Andrew Hinesley (*Pro se*)
　　　　　　　　　　　　　　　　　　　　371 N. Shore Road
　　　　　　　　　　　　　　　　　　　　Revere, MA 02151
　　　　　　　　　　　　　　　　　　　　Andrew.hinesley@icloud.com

2

**<u>CERTIFICATE OF SERVICE</u>**

      I hereby certify that on this 13th day of June, 2025, I caused a true and correct copy of the foregoing to be served on counsel of record via cm/ecf service and/or email.

                                        */s/Andrew Hinesley*
                                        Andrew Hinesley