## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ANDREW HINESLEY,<br>            Plaintiff,<br>     v.<br>GRAY TELEVISION, INC., d/b/a HAWAII NEWS NOW,<br>            Defendant. | No. 1:25-cv-11488-IT |

### NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiff Andrew Hinesley hereby voluntarily dismisses this action with prejudice, in its entirety, with each party to bear its own attorneys' fees and costs.

Respectfully submitted, this 13th day of June 2025.

/s/*Andrew Hinesley*
Andrew Hinesley (*Pro se*)
371 N. Shore Road
Revere, MA 02151
Andrew.hinesley@icloud.com

2

## **CERTIFICATE OF SERVICE**

     I hereby certify that on this 13th day of June, 2025, I caused a true and correct copy of the foregoing to be served on counsel of record via cm/ecf service and/or email.

                                               */s/Andrew Hinesley*
                                               Andrew Hinesley