IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ANDREW HINESLEY,<br><br>               Plaintiff,<br>     v.<br><br>GRAY TELEVISION, INC., d/b/a HAWAII NEWS NOW,<br><br>               Defendant. | No. 1:25-cv-11488-IT |

**GRAY MEDIA, INC.'S NOTICE REGARDING
PROVISIONALLY SEALED DOCUMENTS**

Pursuant to the Court's May 28, 2025 Order (Dkt. 14), Defendant Gray Media, Inc., d/b/a Gray Television ("Gray") respectfully submits that the provisionally sealed documents (Dkts. 1-1, 1-2, and Plaintiff's Emergency Motion 2) should be unsealed immediately and available on the public docket.

Plaintiff's Motion to Seal (Dkt. 13) did not provide any legally or factually sufficient basis to seal this case, the docket, or any pleading on it. Plaintiff properly withdrew that Motion and, in conversations with the undersigned counsel, agreed to inform the Court that the provisionally sealed documents should be unsealed. He has since revoked that agreement and filed a Renewed Motion to Seal. Gray intends to oppose that motion, as it also fails to offer any basis on which the Court could, in keeping with the First Amendment and court rules, seal this case or any portion of it.

Gray respectfully submits that, in light of Plaintiff's myriad filings and withdrawals of filings, it may be beneficial to hold a status conference. If the Court is so inclined, Gray further requests that any conference or hearing be held telephonically or virtually, to avoid forcing Gray to incur additional costs opposing these motions, which had previously been withdrawn.

Respectfully submitted, this 13th day of June 2025.

/s/ James V. Masella, III
James V. Masella, III (BBO No. 562882)
Jacquelyn N. Schell (admitted *pro hac vice*)
BALLARD SPAHR LLP
1675 Broadway, 19th Floor
New York, NY
massellaj@ballardspahr.com
schellj@ballardspahr.com

*Counsel for Defendant Gray Media, Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that on this 13th day of June, 2025, I caused a true and correct copy of the foregoing to be served by U.S. mail and email on the following:

Andrew Hinesley
371 N. Shore Road
Revere, MA 02151
808-773-4074
Andrew.hinesley@icloud.com

                                                  */s/ James V. Masella, III*
                                                  James V. Masella, III