IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ANDREW HINESLEY, <br><br>                  Plaintiff, <br>        v. <br><br>GRAY TELEVISION, INC., d/b/a HAWAII NEWS NOW, <br><br>                  Defendant. | No. 1:25-cv-11488-IT <br><br>**NOTICE OF APPEARANCE** |

To the Clerk of this Court and all parties of record:

**PLEASE TAKE NOTICE** that Jacquelyn N. Schell, undersigned counsel with Ballard Spahr LLP, hereby enters her appearance as counsel in this action on behalf of Defendant Gray Media, Inc., d/b/a Gray Television. Any and all further correspondence directed to Defendant regarding this action, and any pleadings or other filings, may be served on undersigned counsel by ECF and at the address below.

Dated: June 16, 2025

Respectfully submitted,

BALLARD SPAHR LLP

/s/ *Jacquelyn N. Schell*
Jacquelyn N. Schell (*pro hac vice*)
1675 Broadway, 19th Floor
New York, NY
646.346.8048
schellj@ballardspahr.com

*Counsel for Defendant Gray Media, Inc.*

1

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 16nd day of June, 2025, I caused a true and correct copy of the foregoing to be served by U.S. mail and email on the following:

Andrew Hinesley
371 N. Shore Road
Revere, MA 02151
808-773-4074
Andrew.hinesley@icloud.com

                                            */s/ Jacquelyn N. Schell*
                                            Jacquelyn N. Schell