IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ANDREW HINESLEY,<br>　　　　　　　Plaintiff,<br>v.<br>GRAY TELEVISION, INC., d/b/a HAWAII NEWS NOW,<br>　　　　　　　Defendant. | No. 1:25-CV-11488 |

## NOTICE OF FILING AND REQUEST FOR NUNC PRO TUNC TREATMENT

COMES NOW, Plaintiff, and respectfully files the attached Renewed Motion and Memorandum of Law to Seal Entire Case, with Request for Nunc Pro Tunc Treatment. Plaintiff respectfully requests that this filing be accepted and treated *nunc pro tunc* to June 12th, 2025, the original date sealing motion (Dkt. No. 25), in order to maintain procedural continuity and ensure the Court has the opportunity to rule on the matter while jurisdiction remains.

Plaintiff notes that the renewed motion is substantively consistent with the previously filed version and is submitted solely to ensure clarity and proper alignment with procedural requirements. This filing is made out of an abundance of caution, without any admission of error or wrongdoing, and solely to preserve the Court's full opportunity to address the sealing request while the matter remains pending before the Court.

Dated: June 16, 2025

Respectfully submitted,

/s/ Andrew Hinesley
Pro se
371 N Shore Road
Revere, MA
Andrew.hinesley@icloud.com

1