IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ANDREW HINESLEY,<br>                      Plaintiff,<br>       v.<br><br>GRAY TELEVISION, INC., d/b/a HAWAII NEWS NOW,<br><br>                      Defendant. | No. 1:25-cv-11488-IT |

**MOTION FOR EXTENSION OF STATUS CONFERENCE
TO ON OR AFTER JULY 1, 2025**

Defendant Gray Media, Inc. d/b/a Gray Television ("Gray Media") respectfully requests that the Court enter a brief extension of the remote status conference currently scheduled for June 27, 2025, to July 1, 2025 or after. Although Defendant is mindful of the Court's June 20 Order directing the parties to refrain from additional filings in advance of the status conference, Defendant files this motion solely to inform the Court that the undersigned counsel will both be traveling internationally on June 27 and are unavailable to appear for a conference until July 1.

In light of the Court's Order barring additional filings until after the status conference, Defendant further requests that its deadline to file an opposition to Plaintiff's Renewed Motion to Seal (Dkt. 34), be extended to the day after the status conference.

Plaintiff does not oppose the request for extension of the status conference, but does oppose the request for extension of Defendant's deadline to file an opposition to his Renewed Motion to Seal.

Respectfully submitted,

BALLARD SPAHR LLP

/s/ *James V. Masella, III*
James V. Masella, III (BBO No. 562882)
Jacquelyn N. Schell*
1675 Broadway, 19th Floor
New York, NY
massellaj@ballardspahr.com
schellj@ballardspahr.com
duddings@ballardspahr.com

*Admitted *pro hac vice*

*Counsel for Defendant Gray Media, Inc.*

Dated:  New York, New York
        June 24, 2025

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 24th day of June, 2025, I caused a true and correct copy of the foregoing to be served by U.S. mail and email on the following:

Andrew Hinesley
371 N. Shore Road
Revere, MA 02151
808-773-4074
Andrew.hinesley@icloud.com

                                            */s/ Sasha Dudding*
                                            Sasha Dudding